## DISTRICT COURT OF THE VIRGIN ISLANDS

## DIVISION OF ST. CROIX

| | |
|---|---|
| GREGORY ANDERSON,<br><br>        **Plaintiff,**<br><br> v.<br><br>DOW CHEMICAL, THE SCOTTS COMPANY, THE SCOTTS MIRACLE GRO COMPANY, THE DREXEL CHEMICAL COMPANY, INC., VALENT USA CORPORATION, PHARMACIA CORPORATION f/k/a MONSANTO PFIZER, INC., E.I. DU PONT DE NEMOURS AND COMPANY,<br>        **Defendants.** | 2006-CV-0117 |
| GREGORY ANDERSON,<br><br>        **Plaintiff,**<br><br> v.<br><br>SUPERIOR-ANGRAN, INC.,<br><br>        **Defendant.** | 2007-CV-0030 |

**TO:** Joel H. Holt, Esq.
    Richard H. Hunter, Esq.
    Andrew C. Simpson, Esq.
    Wilfredo A. Geigel, Esq.
    Carl A. Beckstedt III, Esq.
    Kevin A. Rames, Esq.
    Henry C. Smock, Esq.

*Anderson v. Dow Chemical*
2006-CV-0117
Order Granting Plaintiff's Motions to Consolidate and For Scheduling Conference
Page 2

## ORDER GRANTING PLAINTIFF'S MOTION TO CONSOLIDATE AND REQUEST FOR SCHEDULING CONFERENCE

THIS MATTER is before the Court upon Plaintiff's Motion to Consolidate and Request For Scheduling Conference (2006-CV-0117, Docket No. 116). The time for filing a response has expired.

It appearing that the two actions involve common questions of law and fact and, in the absence of any opposition, the Court will consolidate the matters for all pre-trial proceedings.

Accordingly, it is now hereby **ORDERED**:

1. Plaintiff's Motion to Consolidate and Request For Scheduling Conference (2006-CV-0117, Docket No. 116) is **GRANTED**.

2. The two matters, 2006-CV-0117 and 2007-CV-0030 are **CONSOLIDATED** for all pre-trial proceedings.

3. A scheduling conference in both consolidated matters is scheduled for **Monday, March 31, 2008, at 11:30 a.m**. in Magistrate's Chambers.

ENTER:

Dated: March 11, 2008

/s/
GEORGE W. CANNON, JR.
U.S. MAGISTRATE JUDGE